2

1  Law Offices of Peter L. Fear
   Peter L. Fear, No. 207238
2  Gabriel J. Waddell, No. 256289
   7750 North Fresno Street, Suite 101
3  Fresno, California  93720
   (559) 436-6575
4  (559) 436-6580 (fax)
   pfear@fearlaw.com
5
   Attorney for Debtor in possession
6

7
                UNITED STATES BANKRUPTCY COURT
8
           EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
9

10  In re:                                    Lead Case No. 12-60065-A-11

11  TONY TEIXEIRA AND SON DAIRY,
    a CALIFORNIA GENERAL PARTNERSHIP,          Chapter 11

12                                             D.C. No. PLF-1
              Debtors in possession.
13
    In re:                                    Case No. 12-60064-A-11
14
    ANTONIO C. TEIXEIRA, and                   Chapter 11
15  MARIA TEIXEIRA,
                                               Date:  January 4, 2012
16                                             Time:  1:30 p.m.
              Debtors in possession.           Place: Dept. A, Ctrm. 11, 5th Floor
17                                                    United States Courthouse
                                                      2500 Tulare St., Fresno, California
18                                             Judge: Hon. Fredrick E. Clement

19

20
    **ORDER GRANTING MOTION TO JOINTLY ADMINISTER CHAPTER 11 CASES**
21
         The motion of TONY TEIXEIRA AND SON DAIRY, a CALIFORNIA GENERAL
22
    PARTNERSHIP, Debtor herein ("Debtors") for an order jointly administering the above-
23
    captioned cases (the "Motion") came on for hearing on the above date and at the above time
24

RECEIVED
January 09, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004611169

and place. Peter L. Fear appeared for Debtors, Greg Powell appeared for the United States Trustee, Frederick Smith appeared for A.L. Gilbert Company, and R. Dale Ginter appeared for Farmers and Merchants Bank of Central California. The Court finding that notice of the Motion was proper and for other good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

A. The motion is granted and the bankruptcy cases of In re Tony Teixeira and Son Dairy, Case No. 12-60065 and In re Antonio C. Teixeira and Maria Teixeira, Case No. 12-60064 shall be jointly administered for all purposes.

B. All documents to be filed in the jointly administered case shall be filed under the case of In re Tony Teixeira and Son Dairy, Case No. 12-60065.

Dated: Jan 10, 2013

Fredrick E. Clement
United States Bankruptcy Judge

ORDER GRANTING MOTION TO JOINTLY ADMINISTER [etc.] - 2